UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARION DALE JONES                  CIVIL ACTION NO. 19-cv-1548

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

DARREL VANNOY                    MAGISTRATE JUDGE HORNSBY

### **JUDGMENT**

For the reasons assigned in the Report and Recommendation (Record Document 24) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 25), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus relief is **DENIED**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 1st day of March, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE